UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIGGINS, et al. | No. 21 CR 618<br><br>Honorable Martha M. Pacold |

**GOVERNMENT'S MOTION TO FILE EXHIBITS UNDER SEAL**

The UNITED STATES OF AMERICA, by its attorney MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully requests permission to file exhibits to its response to defendant Offred's motion to suppress (Dkt. 155) under seal. The defendant's motion related to a search of an apartment. As part of the response to the motion, the government submits that he does not have a reasonable expectation of privacy in the apartment and was, in fact, living elsewhere. Accordingly, the government will file exhibits, to include loan application paperwork, defendant's driver's license, and financial records, among others, which set out the defendant's address and otherwise contain personally identifying information.

Respectfully submitted.

MORRIS PASQUAL
Acting United States Attorney

By:     */s/ Ann Marie E. Ursini*
JASON A. JULIEN
ANN MARIE E. URSINI
CAITLIN WALGAMUTH
Assistant United States Attorneys
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-5300

1