UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21 CR 618-5 |
| | ) | |
| MARCUS SMART, | ) | The Honorable |
| | ) | Martha M. Pacold, |
| Defendant. | ) | Judge Presiding. |

**DEFENDANT MARCUS SMART'S**
**PROPOSED VOIR DIRE QUESTIONS**

Defendant MARCUS SMART, by and through his attorneys, MARC M. BARNETT, EUGENE STEINGOLD, and MICHELLE MARIN, and respectfully submits the following voir dire questions be asked in this case:[1]

**Proposed Voir Dire Questions** *(Asked by Defense of potential jurors)*

1. Have you, any member of your family, or someone close to you ever been accused of committing a criminal offense other than a minor motor vehicle offense?
   - If yes → Who?
     - What was the outcome?

2. Have you, any member of your family, or someone close to you ever been a member of or involved with a gang?
   - If yes → Who?
     - What gang?
     - What was their involvement?
     - Are they still involved?

3. Have you, any member of your family, or someone close to you ever been a victim of a crime?
   - If yes → Who?
     - When did the crime occur?
     - Was the perpetrator found?

---

[1] It is anticipated that the Government and the co-defendants will be filing proposed voir dire questions in this matter which may be relevant to Defendant Marcus Smart. Accordingly, counsel respectfully asks for leave to expressly adopt such proposed voir dire questions after they are filed if necessary.

1

- What was the outcome of the case?

4. Have you, any member of your family, or someone close to you ever been a witness to a crime?
    - If yes → Who?
        - When did the crime occur?
        - Was the perpetrator found?
        - What was the outcome of the case?

5. Have you, any member of your family, or someone close to you ever been involved in or a witness to gang violence?
    - If yes → Please explain
        - When did this occur?
        - Was the perpetrator found?
        - What was the outcome of the case?

6. Are you familiar with the O-Block faction of the gang known as the Black Disciples?
    - If yes → What do you know about them?
        - How did you come to know this information?

7. Are you familiar with the genre of rap music known as drill rap?
    - If yes → Do you listen to it?
        - Would you consider yourself a fan of drill rap?

8. Are you familiar with the now deceased Chicago rapper Dayvon Bennett, known as King Von?
    - If yes → Did you listen to his music?
        - Would you consider yourself to have been a fan of his?
        - Are you aware of any gang affiliations he may have had?
        - If yes → How do you know this information?

9. Are you familiar with the housing complex known as Parkway Gardens (located at 6415 S Calumet Avenue)?
    - If yes → What do you know about it?
        - How did you come to know this information?
        - Have you been there?

10. Do you currently or have you previously visited the website Reddit?
    - If yes → Are you familiar with the subreddit known as "Chiraqology"?
        - If yes → Have you visited this subreddit in the past?
        - Would you consider yourself an active follower of this subreddit?
        - Have you ever posted on this subreddit?
        - Have you read about the murder of FBG Duck on this subreddit?

11. Are you familiar with the now deceased Chicago rapper Carlton Weekly, known as FBG Duck?
    - If yes → How are you familiar with him?
        - Did you listen to his music?

- Would you consider yourself to have been a fan of his?
- Are you aware of any gang affiliations he may have had?
- If yes → Which gang?
- How do you know this information?

12. The evidence in this case may include information about the use or possession of a handgun or other firearm. Do you have strong feelings about handguns or firearms?
    - If yes → Please explain

13. As residents of a major metropolitan area, many of us are concerned about guns & with crime. As jurors in this case, you would be required to set aside your concerns & attitudes on general issues & decide this case independently & solely on the evidence & the instructions as the Court gives them to you. Do you feel that you might find that difficult?

Dated:   August 25, 2023

Respectfully submitted,

/s/ Marc M. Barnett
MARC M. BARNETT
53 W. Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 719-0376

EUGENE STEINGOLD
LAW OFFICES OF EUGENE STEINGOLD
55 W. Wacker Drive
Suite 900
Chicago, IL 60601
(312) 726-1060

MICHELLE MARIN
53 W. Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 719-0376

*Attorneys for Marcus Smart*

## **CERTIFICATE OF SERVICE**

      I, Marc M. Barnett, the attorney for Defendant Marcus Smart, hereby certify that I filed the above-described document on the CM-ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

                        Respectfully submitted,

                        /s/ Marc M. Barnett
                        Marc M. Barnett
                        Attorney for Marcus Smart