UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|       Plaintiff ) | |
| ) | No. 21 CR 618 |
| v. ) | |
| ) | Honorable Martha M. Pacold |
| CHARLES LIGGINS ) | |
|       Defendant. ) | |

DEFENDANTS CHARLES LIGGINS' AND CHRISTOPHER THOMAS'
PROPOSED *VOIR DIRE* QUESTIONS
IN THE EVENT DEFENDANTS' MOTION FOR ATTORNEY CONDUCTED AND
INDIVIDUALIZED *VOIR DIRE* IS DENIED

      Now comes Defendant CHARLES LIGGINS and CHRISTOPHER THOMAS, by their respective counsel, and hereby submits the following proposed voir dire questions to be asked by the Court in the event Defendants Charles Liggins' and Christopher Thomas' Motion for Attorney Conducted and Individualized *Voir Dire*, filed simultaneously herewith, is denied by this Court.

BASIC BACKGROUND INFORMATION

      Defendants assume that the Court will ask each potential juror basic demographic and background questions. These would include the potential juror's age, area of present residence and past residences, educational background, current occupation and work history, family members, other persons who live with the potential juror and the educational background, current occupation and work history for family members and members of the household (e.g. spouse, significant other, children, other persons who live with the potential juror).

ADDITIONAL BACKGROUND QUESTIONS

1. Have you, any family members, or friends served in the military?

2. What do you do in your spare time? What are your hobbies or favorite leisure time activities?

3. Are you involved in any groups or organizations? What do you do with those groups or organizations? Have you held any offices in those groups or organizations?

4. Do you follow the news? If so, where do you get your news from?

5. What social media do you use or follow? What internet websites do you visit on a regular basis?

6. What television, radio, magazines, movies, or other entertainment do you enjoy?

RELATIONSHIP TO LAW ENFORCEMENT AND THE JUDICIAL SYSTEM

7. Have you ever served on a jury before? If so, was it a criminal or civil case? Was the case in federal or state court? When was the case? Were you the foreperson? Was the jury able to reach a verdict in that case?

8. Have you ever served on a grand jury? When and in what court?

9. Have you, any family members, or friends ever worked for or applied for a job with law enforcement, such as the Chicago Police Department or other police departments, the Cook County Sheriff's Department or other sheriff's departments, the FBI or other federal agencies, or prosecutors' offices like the Cook County State's Attorney or the United States Attorney's office?

10. Have you, any family members, or friends ever been questioned or interviewed by a Chicago Police Officer, a federal agent or any other law enforcement officer?

11. Have you, any family members, or friends ever been involved in a criminal case, either as a defendant, a complainant, a witness or in any other role.

12. Have you, any family members or friends ever been the victim of a crime?

13. Have you, any family members or friends ever been involved in a civil lawsuit or an administrative action?

14. Have you, any family members or friends ever been a witness in any type of case or proceeding?

15. Do you have any family members or friends who are attorneys, prosecutors, or judges?

QUESTIONS RELATED TO SPECIFIC ISSUES IN THIS CASE

16. Have you had any experience or contact with gangs?

17. What are your thoughts and feelings about gangs?

18. Have you ever owned or used firearms?

19. What are your thoughts and feelings about firearms?

20. Have you, your family, or friends ever been the victim of physical violence?

21. This case involves allegations of murder, shootings, and assault with a dangerous weapon. What are your thoughts and feelings about this type of violence?

22. Is there anything about the charges in this case that would make it difficult for you to set aside your feelings and only judge this case on the evidence and the legal principles presented to you?

23. Have you ever listened to rap music or drill music?

24. What are your thoughts and feelings about rap music and drill music?

25. Have you ever watched rap music or drill music videos?

26. What are your thoughts and feeling about rap music or drill music videos?

27. Are you familiar with hip hop culture?

28. What are your thoughts and feeling about hip hop culture?

29. Are you familiar with rap artists FBG Duck? King Von? Lil Durk? Chief Keef?

30. Are you familiar with any rap artists?

31. Have you, a family member or friend ever been addicted to illegal drugs?

32. What are your thoughts and opinions about the sale of illegal drugs?

33. Have you, a family member or friend ever had a bad experience with a person of another race or ethnic background?

34. Do you have any personal feelings about the racial or ethnic background of the defendants that would make it difficult for you to set aside your feelings and only judge this case on the evidence and the legal principles presented to you?

35. Have you, any family members, or friends ever worked as or applied for a job as a security guard or other security related employment?

36. Do you have any experience with or training regarding any type of videos or videography, including entertainment videos and surveillance videos?

37. Do you have any experience with or training in photography or photographic images?

38. Are you familiar with the shopping area on Oak Street near Rush Street and Michigan Avenue in Chicago?

39. Have you ever frequented the area around Oak Street, Rush Street, and Michigan Avenue in Chicago?

40. Have you seen, heard or read any newspaper articles, radio reports, videos, or social media coverage about this case?

41. Do you have any knowledge or information about this case from any source?

LEGAL PRINCIPLES

42. A defendant is presumed to be innocent of the charges against him. What are your thoughts and feeling about this principle?

43. When the government brings criminal charges against a person, the government has the burden of proving the charges and the government must prove the charges beyond a reasonable doubt. What are your thoughts and feelings about this principle?

44. Would you have any hesitation or problem signing a not guilty verdict if the government failed to prove every required element of the charges against a defendant beyond a reasonable doubt?

45. A defendant who is accused of a crime is not required to prove his innocence or produce any evidence at all. A defendant is not required to testify in his own defense and, if he does not testify, you may not drawn any inference or suggestion of guilt from that fact. What are your thoughts and feelings about this principle?

CONCLUSION

Wherefore, for the foregoing reasons, if this Court denies Defendant Liggins' and Thomas' Motion for Attorney Conducted and Individualized Voir Dire, Defendants Charles Liggins and Christopher Thomas respectfully move this Court to ask each of the potential jurors the questions herein during the Court's *voir dire* procedure.

Respectfully submitted,

*/s/Cynthia Giacchetti*

*/s/Gregory Mitchell*
Attorneys for Defendant Charles Liggins

*/s/Ellen R. Domph*

*/s/Keith Spielfogel*
Attorneys for Defendant Christopher Thomas

CYNTHIA GIACCHETTI
53 W. Jackson Blvd-Suite 1035
Chicago, Illinois 60604
312-939-6440

GREGORY T. MITCHELL
19150 Kedzie Avenue-Suite 205
Homewood, Illinois 60430
709-799-9325

Ellen R. Domph
53 W. Jackson Blvd., Suite 1523
Chicago, IL 60604
(312) 922-2525

Keith Spielfogel
190 S. LaSalle St., Suite 540
Chicago, IL 60603
(312) 236-6021