UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | No. 21 CR 618 |
| v. | ) | |
| | ) | Honorable Martha M. Pacold |
| CHARLES LIGGINS | ) | |
| Defendant. | ) | |

DEFENDANT CHARLES LIGGINS' SUBMISSION
REGARDING JURY INSTRUCTIONS

Counsel for Defendant Charles Liggins have confirmed that the Government intends to file a set of proposed jury instructions with the Court on August 25, 2023. We further understand that the Government's instructions will include the relevant Preliminary Instructions, General Instructions, and Statutory Instructions from the Pattern Criminal Jury Instructions of the Seventh Circuit.

In order to avoid submitting numerous duplicate instructions to the Court, Defendant Liggins proposes to first review the Government's submitted instructions. We anticipate that the majority of those instructions will be agreed. We would then submit our objections to specific Government instructions and any additional applicable instructions that were not included in the Government's set by September 15, 2023, the date set by this Court for such objections. (Dkt. #151). This procedure will, hopefully, efficiently narrow and clarify which instructions are actually in dispute and require the Court's ruling.

1

We, of course, anticipate that at the close of the evidence both parties will have the opportunity to submit any additional instructions required as a result of the evidence presented.

>Respectfully submitted,
>
>*/s/Cynthia Giacchetti*
>
>/s/Gregory Mitchell
>Attorneys for Defendant Charles Liggins

CYNTHIA GIACCHETTI
53 W. Jackson Blvd-Suite 1035
Chicago, Illinois 60604
312-939-6440

GREGORY T. MITCHELL
19150 Kedzie Avenue-Suite 205
Homewood, Illinois 60430
709-799-9325