UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
                Plaintiff )
                 )    No. 21 CR 618
v. )
                 )    Honorable Martha M. Pacold
CHARLES LIGGINS )
                Defendant. )

DEFENDANT CHARLES LIGGINS' SUBMISSION
REGARDING PRELIMINARY WITNESS AND EXHIBITS LISTS

In its Order of June 30, 2023, this Court directed the parties to file preliminary witness lists and preliminary exhibit lists by August 25, 2023. (Dkt. #151)

As of August 25, 2023, Defense Counsel for Defendant Charles Liggins have not identified any witnesses they intend to call or exhibits they intend to introduce into evidence during the Defendant's case.

It is undisputed that a defendant in a criminal case has no obligation to present evidence in defense. Moreover, the defense investigation of this matter is still ongoing.

In the event Defense Counsel for Defendant Charles Liggins subsequently identifies any witnesses they intend to call or exhibits they intend to introduce into evidence during the defendant's case, we will, of course, file a witness list and exhibit list at that time.

                Respectfully submitted,

                */s/Cynthia Giacchetti*

                /s/Gregory Mitchell
                Attorneys for Defendant Charles Liggins

CYNTHIA GIACCHETTI
53 W. Jackson Blvd-Suite 1035
Chicago, Illinois 60604
312-939-6440

GREGORY T. MITCHELL
19150 Kedzie Avenue-Suite 205
Homewood, Illinois 60430
709-799-9325