UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br> )  No. 21 CR-618-4<br>v. )<br> )<br> )  Honorable Martha M. Pacold<br>CHRISTOPHER THOMAS )<br>Defendant. ) | |

**CHRISTOPHER THOMAS' SUBMISSION RE JURY INSTRUCTIONS, WITNESS LIST, AND EXHIBIT LIST**

Now comes defendant Christopher Thomas, through his attorneys, Ellen R. Domph and Keith Spielfogel and makes the following submission to the Court:

1. The Court has set August 25, 2023, as the date for the defense to file its preliminary jury instructions, witness list, and exhibit list;

2. At this point in time the defendant does not have witnesses it intends to call. Counsel continue to investigate this case and will disclose witnesses as they become known to the defense;

3. Also, at this point in time the defendant does not have exhibits it intends to introduce at trial. As with the list of witnesses, as exhibits become known to the defense they will be disclosed;

4. Regarding jury instructions, it is believed that several of the instructions the defense might tender at this point will be contained in the government's submission of its proposed jury instructions due to be filed today. Also, it is only after counsel reviews the government's proposed instructions that counsel can know which instructions will

1

be at issue in this case and which instructions require alternative submissions. Finally, inevitably issues will arise during trial that will require additional instructions not yet contemplated by the defense.

                                            Respectfully submitted,

                                            /s/ Keith Spielfogel  and s/Ellen Domph
                                            Attorneys for Christopher Thomas

KEITH SPIELFOGEL
190 S. LaSalle St
Suite 540
Chicago, IL 60603
T: (312) 236-6021
spielfogel@sbcglobal.net

ELLEN R. DOMPH
53 W. Jackson Blvd.
Ste. 1523
Chicago, IL 60604
T: (312_ 922-2525
edomph@gmail.com