UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-CR-618 |
| ) | |
| ) | |
| CHARLES LIGGINS, et al. ) | |
| ) | |
| Defendant. ) | |

**MOTION BY TACARLOS OFFERD FOR ATTORNEY CONDUCTED AND INDIVIDUALIZED VOIR DIRE AS TO TACARLOS OFFERD**

Tacarlos Offerd, by and through his attorneys Richard Kling and John Somerville, respectfully requests this court to allow the attorneys to orally participate in voir dire examination, in support of which he states:

1. Rule 24 of the Federal Rules of Criminal Procedure provides, inter alia, in connection with jury selection: "if the court examines the jurors, it must permit the attorneys for the parties to: (A.) ask further questions that the court considers proper; or (B) submit further questions that the court may ask if it considers them proper."

2. This case involves a significant number of issues involving rap music, gangs, "street names," media attention, rivalry, and other issues which are extraordinarily unique, and not generally encountered in the vast majority of criminal cases.

3. From the extensive discovery provided, as well as Investigations conducted by the lawyers, the attorneys, unlike the court, are particularly aware of and attuned to

these unique issues, some of which, it is submitted, must be explored by the attorneys in order to secure a fair and impartial jury.

4. Undersigned counsel, having participated in literally hundreds of jury trials, are well aware of their professional and ethical obligations in voir dire examination of prospective jurors.

Wherefore, because of the unique issues in this case, it is respectfully requested that this court allows the lawyers to orally participate in the voir dire examination of perspective jurors.

Respectfully submitted,

By: s/Richard Kling
RICHARD KLING

By: s/John Somerville
JOHN SOMERVILLE

By: /s/ *Richard S. Kling*
RICHARD S. KLING
Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, Illinois 60661
(312) 906-5075
rkling@kentlaw.iit.edu

2