UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 21-CR-618 |
| | ) | |
| | ) | |
| CHARLES LIGGINS, et al. | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION BY TACARLOS OFFERD FOR ADDITIONAL PEREMPTORY CHALLENGES

Tacarlos Offerd, by and through his attorneys, Richard Kling and John Somerville, request this Court to allow for additional peremptory challenges in support of which he states:

1. Federal Rule of Criminal Procedure Rule 24 provides inter alia that in Felony criminal cases, generally, even in multi-defendant cases the total number of peremptory challenges is 10.

2. The Rule also provides: "The court may allow additional peremptory challenges to multiple defendants, and may allow the defendants to exercise those challenges separately or jointly."

3. Because of the number of defendants and unique issues attendant to this case, it is respectfully requested that each defendant be allowed additional peremptory challenges and that each defendant be permitted to exercise those challenges separately.

Wherefore, it is respectfully requested that this honorable Court allows for additional peremptory challenges.

Respectfully submitted,

1

By:   s/Richard Kling
        RICHARD KLING

By:   s/John Somerville
        JOHN SOMERVILLE

By: /s/ *Richard S. Kling*
RICHARD S. KLING
Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, Illinois 60661
(312) 906-5075
rkling@kentlaw.iit.edu