UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIGGINS, et al. | No. 21 CR 618<br><br>Honorable Martha M. Pacold |

**GOVERNMENT'S PROPOSED STATEMENT OF THE CASE**

Defendants Charles Liggins, a/k/a "C Murda;" Kenneth Roberson, a/k/a "Kenny" and "Kenny Mac;" Tacarlos Offerd, a/k/a "Los;" Christopher Thomas, a/k/a "C Thang;" Marcus Smart, a/k/a "Muwop;" and Ralph Turpin, a/k/a "Tall" and "Teezy;" are charged in a seven-count indictment. Count One charges all six defendants with the murder of Carlton Weekly, a/k/a "FBG Duck," in aid of racketeering activities. Count Two charges defendants Liggins, Roberson, Offerd, Thomas, and Smart with using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, namely, the murder of Weekly in aid of racketeering activities; and causing the death of Weekly through the use of the firearm. Count Three charges all six defendants with conspiracy to commit the murder of Weekly in aid of racketeering activities.

Counts Four and Six charge defendants Liggins, Roberson, Offerd, Thomas, and Smart with the assault with a deadly weapon of Victim 1 and Victim 2, respectively, in aid of racketeering activities. Counts Five and Seven charge defendants Liggins, Roberson, Offerd, Thomas, and Smart with using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence,

namely, the assault with a deadly weapon of Victim 1 and Victim 2, respectively, in aid of racketeering activities.

All six of the defendants have entered a plea of not guilty to the charges.

*   *   *

The government objects to the inclusion of any legal concepts—such as the burden of proof—in the statement of the case. Such an approach would be irregular and defeat the purpose of providing a simple and neutral statement of the case to be read during jury selection. Such an approach is also unnecessary given that the Court will provide a set of preliminary instructions to the jury once a jury is selected.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:     /s/ Jason A. Julien
JASON A. JULIEN
ANN MARIE E. URSINI
CAITLIN WALGAMUTH
SEAN HENNESSY
Assistant United States Attorneys
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-5300