UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

CHARLES LIGGINS, et. al.

No. 21 CR 618

Honorable Martha M. Pacold

**GOVERNMENT'S SUR-REPLY TO DEFENDANT TACARLOS OFFERD'S
MOTION TO SUPPRESS EVIDENCE**

Defendant Tacarlos Offerd has moved to suppress evidence that law
enforcement recovered during a search of the apartment located at 6514 D. Martin
Luther King Drive, Unit 7B, in Chicago (the "Subject Apartment") on the basis that
the government did not first procure a search warrant. Dkt. No. 155. The Court
should deny Defendant's motion as moot because, at trial, the government will not
seek to introduce any evidence recovered from the Subject Apartment in its case-in-
chief. *See United States v. Collins*, 59 F. 4th 286, 290 (7th Cir. 2023) (noting that
district court denied motion to suppress as moot because "government had agreed not
to use the [challenged] recordings"); *United States v. Liu*, No. 21 CR 503, 2022 WL
2657175, at *2 (N.D. Ill. July 8, 2022) (denying motion to suppress as moot because
government "represented that it will not use any of the challenged evidence").

In its case-in-chief at trial, the government does not intend to use any evidence
found in the Subject Apartment, including the items listed in Defendant's motion, to
prove any count in the indictment. Accordingly, there is no live controversy regarding

the evidence that is the subject of Defendant's motion, and the Court should deny it

as moot.[1]

Respectfully submitted,

MORRIS PASQUAL.
United States Attorney

By:    /s/ Jason A. Julien
JASON A. JULIEN
ANN MARIE E. URSINI
CAITLIN WALGAMUTH
SEAN HENNESSY
Assistant U.S. Attorneys
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300

Dated: September 8, 2023

---

[1] The government reserves its right to use evidence recovered from the Subject Apartment for impeachment purposes, should the circumstances so warrant. Should the government elect to do so, it will "give reasonable notice to" Defendant. *See Liu*, 2022 WL 2657175 at *2.