UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIGGINS, et. al. | No. 21 CR 618<br><br>Honorable Martha M. Pacold |

**GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANTS'
MOTIONS TO ADOPT MOTIONS FILED BY CO-DEFENDANTS**

Defendants Marcus Smart, Charles Liggins, Tacarlos Offerd, and Christopher Thomas have all moved the Court for leave to adopt motions filed by their co-defendants. Dkt. No. 219 at 14-15, Dkt. No. 228, Dkt. No. 233, and Dkt. No. 234. As the basis for Defendants' requests, they generally state that they "anticipate" that their co-defendants will file motions that may be relevant to them. To the extent Defendants' motions are not premature, the government generally does not object to the concept that Defendants raise in their motions, with certain limitations.

*First*, the government requests the Court provide Defendants with a deadline by which to expressly state which motions each is adopting, as contemplated by Defendant Smart's, Liggins's, and Thomas's motions. Dkt. No. 219 at 15 ("counsel respectfully asks for leave to expressly join such motions after they are filed"); Dkt. No., 228 ("after Defense Counsel has had the opportunity to review those motions and identify those that would be appropriate"); Dkt. No. 234 ("after counsel for Mr. Thomas has reviewed the motions and determined those relevant"). The government would request the same deadline for the inverse as to Defendant Offerd, whose motion requests adoption of co-defendants' motions "unless he specifically objects to

any particular motion." Dkt. No. 233. The government should not be in a position in which it must guess which defendants claim which motions, and therefore respectfully requests that the Court require defendants to so state. Additionally, the government wants to ensure that the Court be allowed to rule on each motion as to each defendant before trial. The Court's decisions will provide the parties greater direction during trial and allow for less confusion.

*Second*, if a motion is fact-specific, the government requests that the Court "consider the facts relating to the adopting codefendants as identical to the moving defendant unless the adopting codefendant has submitted a statement detailing the factual differences addressed in the motion." *United States v. Colon*, No. 97 CR 659, 1998 WL 214714, at *2 (N.D. Ill. Apr. 21, 1998) (holding that a failure to provide a factual statement, if necessary, would deem motion to adopt as stricken).

*Third*, many of the defendants' motions are fully briefed or will be shortly. The government requests that the Court's rulings on motions apply equally to the movant and any adopting co-defendants, without an opportunity for further briefing or argument. *See, e.g.*, *United States v. Arms*, No. 14 CR 78, 2015 WL 3513991, at *22 (E.D. Wis. June 3, 2015) (finding that co-defendant's joinder in motions was "readily resolved" because the court had denied the relief requested by the motions, and such denial would apply equally to the co-defendant).

2

**CONCLUSION**

For the reasons stated herein, the government does not object to Defendants' motions for leave to adopt motions filed by co-defendants, but respectfully requests the Court to impose the conditions stated here.

                        Respectfully submitted,

                        MORRIS PASQUAL
                        Acting United States Attorney

By:   /s/ *Sean Hennessy*
        JASON A. JULIEN
        ANN MARIE E. URSINI
        CAITLIN WALGAMUTH
        SEAN HENNESSY
        Assistant U.S. Attorneys
        219 South Dearborn, Room 500
        Chicago, Illinois 60604
        (312) 353-5300

**CERTIFICATE OF SERVICE**

    I, Sean Hennessy, an attorney, certify that I served a copy of the foregoing Government's Consolidated Response to Defendants' Motions to Adopt Motions by Co-Defendants by filing the same using the CM/ECF System, and that a copy will be provided to all parties of record designated to receive notice.

                                Respectfully submitted,

                                MORRIS PASQUAL
                              Acting United States Attorney

By:    /s/ *Sean Hennessy*
        JASON A. JULIEN
        ANN MARIE E. URSINI
        CAITLIN WALGAMUTH
        SEAN HENNESSY
        Assistant United States Attorneys
        219 S. Dearborn Street, Rm. 500
        Chicago, Illinois 60604
        (312) 353-5300