UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIGGINS, et. al. | No. 21 CR 618<br><br>Honorable Martha M. Pacold |

**GOVERNMENT'S RESPONSE TO**
**DEFENDANT KENNETH ROBERSON'S MOTION IN LIMINE**
**REGARDING A FEBRUARY 19, 2021 STATEMENT**

Defendant Kenneth Roberson has moved the Court in *limine* to enter an order prohibiting the government from using or introducing any portion of a statement he made on February 19, 2021, arguing that the statement was made in violation of his right to counsel. Dkt. No. 243. The Court should deny Defendant's motion as moot because, as Defendant states in his motion, the government does not intend to introduce this statement during its case-in-chief. *Id.* The government confirms that, at trial, it will not use this statement in its case in chief. *See United States v. Collins*, 59 F. 4th 286, 290 (7th Cir. 2023) (noting that district court denied motion to suppress as moot where the "government had agreed not to use the [challenged] recordings"); *United States v. Liu*, No. 21 CR 503, 2022 WL 2657175, at *2 (N.D. Ill. July 8, 2022) (denying motion to suppress as moot where government "represented that it will not use any of the challenged evidence"); *United States v. Watson*, No. 19 CR 329, 2021 WL 3666435, at *3 (N.D. Ill. Aug. 18, 2021).

The government will not use this statement in its case-in-chief. However, should Defendant elect to testify at trial and testify inconsistently with the

statements made on February 19, 2021, the government may seek leave from the Court to use Defendant's statements from that day for impeachment purposes only. This limited use would be consistent with Supreme Court and Seventh Circuit precedent. *See Oregon v. Hass*, 420 U.S. 714, 720-22 (1975) ("it does not follow from *Miranda* that evidence inadmissible against [defendant] in the prosecution's case in chief is barred for all purposes, always provided that the trustworthiness of the evidence satisfies legal standards . . . [t]he shield provided by *Miranda* is not to be perverted to a license to testify inconsistently, or even perjuriously, free from the risk of confrontation with prior inconsistent utterances"); *see also Harris v. New York*, 401 U.S. 222 (1971); *United States v. Smith*, 831 F.3d 793, 798 (7th Cir. 2016).

The government requests that the Court defer ruling on the government's ability to use defendant's statement for impeachment purposes until such time a ruling may be necessary. *See Liu*, 2022 WL 2657175 at *2 (noting that "[i]f the government later decides that it will use any of this evidence for any purpose in this proceeding, it must give reasonable notice to [defendant] so that he has an opportunity to move to suppress (if he chooses to do so)"); *United States v. Colon*, No. 97 CR 659, 1998 WL 214714, at *14 (N.D. Ill. Apr. 21, 1998) (denying motion to suppress as moot when government represented no intention of offering statements in case-in-chief, but noting that "the government has reserved the right to use these statements for impeachment purposes").

The government respectfully requests that the Court deny Defendant's motion to suppress his statement as moot.

2

        Respectfully submitted,

        MORRIS PASQUAL
        Acting United States Attorney

By:    /s/ *Sean Hennessy*
        JASON A. JULIEN
        ANN MARIE E. URSINI
        CAITLIN WALGAMUTH
        SEAN HENNESSY
        Assistant U.S. Attorneys
        219 South Dearborn, Room 500
        Chicago, Illinois 60604
        (312) 353-5300

## **CERTIFICATE OF SERVICE**

      I, Sean Hennessy, an attorney, certify that I served a copy of the foregoing Government's response to Defendant's motion in limine regarding a February 19, 2021 statement by filing the same using the CM/ECF System, and that a copy will be provided to all parties of record designated to receive notice.

                                     Respectfully submitted,

                                     MORRIS PASQUAL
                                   Acting United States Attorney

By:   /s/ *Sean Hennessy*
        JASON A. JULIEN
        ANN MARIE E. URSINI
        CAITLIN WALGAMUTH
        SEAN HENNESSY
        Assistant United States Attorneys
        219 S. Dearborn Street, Rm. 500
        Chicago, Illinois 60604
        (312) 353-5300