UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIGGINS, et. al. | No. 21 CR 618<br><br>Honorable Martha M. Pacold |

**GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF IN RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY REGARDING <u>FIREARM TOOLMARK ANALYSIS</u>**

Now comes the UNITED STATES OF AMERICA, by MORRIS PASQUAL., Acting United States Attorney for the Northern District of Illinois, in support of its Unopposed Motion for Leave to File an Oversized Brief in Response to Defendants' Motion to Exclude Expert Testimony Regarding Firearm Toolmark Analysis:

1. On September 1, 2023, Defendants Thomas and Liggins filed a motion to exclude expert testimony regarding firearm toolmark analysis. Dkt. No. 246.

2. Pursuant to Local Rule 7.1, briefs in support or opposition of any motion shall not exceed 15 pages without prior approval by the court.

3. Defendants' motion to exclude contends that the government's proposed expert should not be permitted to testify regarding firearm toolmark analysis or, in the alternative, to conduct an evidentiary hearing. Accordingly, the government's response must address the propriety of toolmark analysis and the lack of the necessity of the Court to hold a hearing.

1

4. The government seeks leave for an additional two pages to respond to this motion.

5. The government has conferred with defense counsel and defense counsel does not oppose the government's request for an oversized brief in response to the motion to exclude expert testimony regarding firearm toolmark analysis.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: */s/ Sean Hennessy*
JASON A. JULIEN
ANN MARIE E. URSINI
CAITLIN WALGAMUTH
SEAN HENNESSY
Assistant United States Attorneys
219 South Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-5300

## **CERTIFICATE OF SERVICE**

    I, Sean Hennessy, an attorney, certify that I served a copy of the foregoing Unopposed Motion for Leave to File an Oversized Brief in Response to Defendants' Motion to Exclude Expert Testimony Regarding Firearm Toolmark Analysis by filing the same using the CM/ECF System, and that a copy will be provided to all parties of record designated to receive notice.

    Respectfully submitted,

    MORRIS PASQUAL
    Acting United States Attorney

By:    /s/ *Sean Hennessy*
    JASON A. JULIEN
    ANN MARIE E. URSINI
    CAITLIN WALGAMUTH
    SEAN HENNESSY
    Assistant United States Attorneys
    219 S. Dearborn Street, Rm. 500
    Chicago, Illinois 60604
    (312) 353-5300