UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21 CR 618-5 |
| | ) | |
| MARCUS SMART, | ) | The Honorable |
| | ) | Martha M. Pacold, |
| Defendant. | ) | Judge Presiding. |

**DEFENDANT MARCUS SMART'S REPLY TO
TO THE GOVERNMENT'S RESPONSE TO SMART'S
MOTION *IN LIMINE* TO EXCLUDE DRILL VIDEOS AND LYRICS**

Defendant MARCUS SMART, by and through his attorneys, MARC M. BARNETT, EUGENE STEINGOLD, and MICHELLE MARIN, and respectfully submits the following reply to the Government's Response to Defendant Smart's motion *in limine* to exclude certain drill videos and lyrics. (Dkt. No. 288) By way of reply, Defendant Smart states:

At the time Defendant Smart originally filed his motion *in limine* (Dkt. No. 219) he was aware the Government may want to introduce drill rap videos into evidence, but was not aware of the titles of the drill videos. As a result, Defendant Smart erroneously referenced drill rap videos entitled "For Real" and "Still Trappin'." In its response, the Government indicates that it intends to introduce a total of four drill rap videos and their lyrics. (Gov. Response, page 1) While the drill rap videos in question may be different, the applicable law regarding their admissibility is the same.

The Government states that it "intends to admit a video clip of defendant Smart performing part of his song with the lyrics, 'dude from 63rd couldn't get back up,' as evidence of his

1

association and familiarity with O-Block, its enterprise, and its racketeering activities. The government also intends to admit [Dayvon] Bennett's song 'Took Her to the O' and accompanying video as non-hearsay evidence of Weekly's status as a high-profile opposition gang member or rival of O-Block, evidence of defendants' motive to kill Weekly, and their identity as the shooters." (Gov. Response, page 2)

Dude from 63rd

According to the Government, Marcus Smart states in the opening transcript: "I wanted to see if y'all fuck with this shit right here, I did this shit for a cypher, but we ain't never do it," followed by the following lyrics of this drill video:

> Muwop from the O, I'm with them get back up
> If you looking tough, push your shit back boy
> Dude from 63rd couldn't get back up
> Knock the motor out the car, when we spin wrap up
> Know a boss clapped up, yeah we had to mask up
> Another body that's a plus,
> Dunk a nigga like I'm Russ,
> Pockets full of …

The Government contends that the video establishes Marcus Smart's "association and familiarity with O-Block, its enterprise, and its racketeering activities." However, the Government can establish Marcus Smart's association by simply playing the portion, and only that portion, of the song that includes the lyrics, "Muwop from the O." The remainder of the video need not be played, as its unfair prejudice far outweighs its probative value.

Took Her to the O

According to the Government, Dayvon Bennett a/k/a King Von, released a video on or about February 21, 2020 entitled "Took Her to the O." The Government readily admits that this video "is a fictional account of Bennett shooting and killing Weekly." (Dkt. No. 288, page 5) It is

fiction because (1) the alleged shooting(in Bennett's fantasy video) provides no indication when Bennett shot and killed Weekly – but at minimum, it supposedly happened over six months before Weekly was shot in killed in August 2020; (2) Bennett's shooting of Weekly presumably occurred in the vicinity of O-Block; (3) Bennett's fantasy video has Bennett acting alone when Bennett shoots and kills Weekly in February 2020; and (4) Bennett's fantasy video alludes that the shooting was result of someone, presumably Weekly, throwing a brick at Bennett's "whip."

The Government contends that Bennett's fantasy video is "evidence of Weekly's status as a high-profile opposition gang member or rival of O-Block, evidence of defendants' motive to kill Weekly, and their identity as the shooters." (Gov. Response, page 2) Bennett's fantasy video clearly fails to support the Government's basis for wanting to introduce Bennett's fantasy video into evidence. In addition, it is abundantly clear that Bennett's fantasy video will only confuse the jury and should be excluded in its entirety. Furthermore, Bennett's fantasy video need not be played, as its unfair prejudice far outweighs its probative value.

WHEREFORE, for the reasons set forth above and in his motion *in limine,* Marcus Smart respectfully requests that this Honorable Court exclude the drill videos "Dude from 63d Couldn't Get Back Up" and ""Took Her to the O."[1]

Dated: September 26, 2023

Respectfully submitted,
/s/ Marc M. Barnett
MARC M. BARNETT
53 W. Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 719-0376

EUGENE STEINGOLD
LAW OFFICES OF EUGENE STEINGOLD
55 W. Wacker Drive
Suite 900

---

[1] Marcus Smart also adopts the motion to exclude drill videos filed by Co-Defendant Offerd. (Dkt. No. 293)

3

Chicago, IL 60601
(312) 726-1060

MICHELLE MARIN
53 W. Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 719-0376
*Attorneys for Marcus Smart*

## **CERTIFICATE OF SERVICE**

    I, Marc M. Barnett, the attorney for Defendant Marcus Smart, hereby certify that I filed the above-described document on the CM-ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

Respectfully submitted,

/s/ Marc M. Barnett
Marc M. Barnett
Attorney for Marcus Smart