UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21 CR 618-5 |
| | ) | |
| MARCUS SMART, | ) | The Honorable |
| | ) | Martha M. Pacold, |
| Defendant. | ) | Judge Presiding. |

**DEFENDANT MARCUS SMART'S RESPONSE TO
<u>MINUTE ENTRY REQUESTING LIST</u>**

Defendant MARCUS SMART, by and through his attorneys, MARC M. BARNETT, EUGENE STEINGOLD, and MICHELLE MARIN, and respectfully provides this table/list of co-defendants' motions/submissions he wishes to adopt and/or join, as requested by this Honorable Court in its Minute entry dated September 22, 2023 (Dkt. No. 299):

| <u>Date</u> | <u>Dkt. #</u> | <u>Description</u> |
|---|---|---|
| | SEAL | Defendants Liggins and Thomas' motions to suppress identifications |
| 8-25-23 | 225 | Defendants Liggins and Thomas' statement of the case[1] |
| 8-25-23 | 232 | Defendant Offerd's motion for additional peremptory challenges |
| 9-14-23 | 266 | Defendant Thomas' response to *Santiago* proffer |
| 9-14-23 | 268 | Defendant Roberson's reply to the Government's motions *in limine*[2] |
| 9-14-23 | 269 | Defendant Thomas' response to the Government's motions *in limine* |
| 9-20-23 | 293 | Defendant Offerd's motion to exclude drill videos and lyrics |

---

[1] Smart previously moved to adopt. (Dkt. No. 222)
[2] Smart previously moved to adopt. (Dkt. No. 275)

1

DATED: 9-27-23

        Respectfully submitted,

        /s/ Marc M. Barnett
        MARC M. BARNETT
        53 W. Jackson Boulevard
        Suite 1442
        Chicago, Illinois 60604
        (312) 719-0376

        EUGENE STEINGOLD
        LAW OFFICES OF EUGENE STEINGOLD
        55 W. Wacker Drive
        Suite 900
        Chicago, IL 60601
        (312) 726-1060

        MICHELLE MARIN
        53 W. Jackson Boulevard
        Suite 1442
        Chicago, IL 60604
        (312) 719-0376
        *Attorneys for Marcus Smart*

## **CERTIFICATE OF SERVICE**

    I, Marc M. Barnett, the attorney for Defendant Marcus Smart, hereby certify that I filed the above-described document on the CM-ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

        Respectfully submitted,

        /s/ Marc M. Barnett
        Marc M. Barnett
        Attorney for Marcus Smart