IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 21-CR-00618-2 |
| | ) | |
| CHARLES LIGGINS, a/k/a "C Murda", KENNETH ROBERSON, a/k/a "Kenny" and "Kenny Mac" TACARLOS OFFERD, a/k/a "Los," CHRISTOPHER THOMAS, a/k/a "C Thang," and MARCUS SMART, a/k/a "Muwop" | ) | |

**DEFENDANT KENNETH ROBERSON'S LIST OF MOTIONS HE ADOPTS AND/OR JOINS**

NOW COMES defendant, KENNETH ROBERSON, by and through his attorneys, Cheryl Bormann and Steven Greenberg, and respectfully provides this table/list of co-defendants' motions/submissions he wishes to adopt and/or join, as requested by this Honorable Court in its Minute Entry dated September 22, 2023 (Dkt. No. 299):

| Date | Dkt. # | Description |
|---|---|---|
| | SEAL | Defendants Liggins and Thomas' motions to suppress identifications |
| 8-25-23 | 225 | Defendants Liggins and Thomas' statement of the case |
| 8-25-23 | 232 | Defendant Offerd's motion for additional peremptory challenges |
| 9-20-23 | 293 | Defendant Offerd's motion to exclude drill videos and lyrics |

Respectfully submitted,

KENNETH ROBERSON, Defendant

By:<u>*s/ Cheryl Bormann*</u>
         One of His Attorneys

**Steven Greenberg**
**GREENBERG TRIAL LAWYERS**
**53 W. Jackson Blvd., Suite 315**
**Chicago, Illinois 60604**
**(312) 879-9500**
*Steve@GreenbergCD.com*

**Cheryl T. Bormann**
**Law Offices of Cheryl Bormann**
**53 W. Jackson Blvd., Suite 315**
**Chicago, IL  60604**
**(312) 588-5011**
*Cheryl.T.Bormann@gmail.com*

## **CERTIFICATE OF SERVICE**

I, Cheryl T. Bormann, an attorney, certify that I served a copy of the foregoing Kenneth Roberson's Response to Government Motion to Admit Certain Acts by filing the same using the CM/ECF System, and that a copy will be provided to all parties of record designated to receive notice.

/s/Cheryl T. Bormann

Cheryl T. Bormann
Law Office of Cheryl T. Bormann
53 W. Jackson Blvd.
Suite 315
Chicago, Il 60604
312-588-5011