**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                Plaintiff,

v.                                        Case No.: 1:21–cr–00618
                                                      Honorable Martha M. Pacold

Charles Liggins, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 17, 2023:

      MINUTE entry before the Honorable Martha M. Pacold:as to Charles Liggins, Kenneth Roberson, Tacarlos Offerd, Christopher Thomas, Marcus Smart, and Ralph Turpin: The court held an in−person pretrial conference on 10/11/2023. 1. 404(b) motion: The government's motion to admit certain acts as direct evidence of charged offenses or, in the alternative, pursuant to Federal Rule of Evidence 404(b) [209] is granted in part and continued in part for the reasons stated on the record. 2. Santiago Proffer: The government's Santiago proffer [191] was discussed on the record. The proffer is continued for the reasons stated on the record. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.