IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Case No. 21 CR 618 - 6 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| Ralph Turpin | ) | |

## ORDER

     Trial ends – jury.  Enter Jury Verdict of guilty on Counts One and Three of the superseding indictment.  Enter Jury Verdict Form.  Post trial motions are due by 4/16/24.  Government's responses are due by 5/16/24. Defendant's replies are due by 6/17/24.  There will be no extensions without good cause.  Cause referred to the Probation Dept. for a presentence investigation.   Sentencing set for 8/15/24 at 10:00 a.m. Presentence Investigation Report (PSR) is due by 7/8/24.  Objections to the PSR are due by 7/29/24.  Any responses to the Objections are due by 8/5/24.   Pursuant to Local Rule 32.1(f), the court is directing disclosure of the Probation Office's recommendation to counsel for the defendant and the government simultaneously with the disclosure of the PSR.

(T: 3:00)

Date:  January 17, 2024                                              /s/ Martha M. Pacold