MR    FILED 3/18/2024    JXM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United states District Court Northern District of Illinois Eastern Division       21-CR-00618
v.                                                    Judge Pacold

Marcus Smart

Good morning or good afternoon. I am Marcus Smart writing you today because its been 2 months since I lost trial in your court room. I had my mother and father reach out to my attorney Mark Barnett before he came and saw me: I asked and my parents asked. I asked could he bring my pretrial/ trial transcripts and I haven't received them. I wanted to ask you how I could go about getting them. Or who to contact?

thank you: Markus Smart
Thank you: Marcus Smart

Certificate of Service

I hereby certify that I have caused a copy of this letter to be sent to all parties of interest through the clerk by placing the same in inmate legal mail, on this the 11th day of March 2024. This being submitted under the penalty of perjury

*[signature]*

Marcus Smart 16935069
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

Clerk of Court
Judge Pacold
United States District Court
219 S. Dearborn St.
Chicago, IL 60604