UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 21 CR 618 |
| v. | |
| CHARLES LIGGINS, et al. | Honorable Martha M. Pacold |

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully submits this joint status report pursuant to the Court's Order dated April 9, 2024. Dkt. 529.

On April 9, 2024, the Court extended the deadline for defendants to file their post-trial motions until July 17, 2024. *Id.* The responses are due on August 16, 2024, and the replies are due on September 17, 2024. *Id.* Defendants request that the sentencings be reset to 2025. The parties request that the sentencings begin in January 2025, and proceed generally in the way they were scheduled to begin in August 2024. However, the parties request that the Court schedule a telephone status conference to set the precise schedule for the sentencing hearings.

The government conferred with counsel for the defendants in drafting this joint status report, and the defendants agree to the submission of this joint status report.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney


By:     _/s/ Jason A. Julien_____
JASON A. JULIEN
ANN MARIE E. URSINI
CAITLIN WALGAMUTH
SEAN HENNESSY
Assistant United States Attorneys
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-4156

## <u>CERTIFICATE OF SERVICE</u>

I, Jason A. Julien, an attorney, certify that I served a copy of the foregoing Joint Status Report by filing the same using the CM/ECF System, and that a copy will be provided to all parties of record designated to receive notice.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:   */s/ Jason A. Julien*
JASON A. JULIEN
ANN MARIE E. URSINI
CAITLIN WALGAMUTH
SEAN HENNESSY
Assistant United States Attorneys
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-4156

3